# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KRISTIAN MARCUS GIORDANO (2),<br><br>  Defendant. | Case No. 13CR2774-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_  the Court has dismissed the case for unnecessary delay; or

_x_  the Court has granted the motion of the defendant for dismissal, without prejudice; or

\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_  the jury has returned its verdict, finding the defendant not guilty;

_x_  of the offense(s) as charged in the Indictment.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/29/2016

Hon. Janis L. Sammartino
United States District Judge